AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  SEAN LOJACONO

was received by me on *(date)*  July 19, 2018          .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to MPD's General Order 701.04 governing service of summons on its officers, I emailed the summons for Officer Lojacono to mpd.subpoenas@dc.gov on July 20, 2018. Acceptance of service for the summons on July 20, 2018 was acknowledged in the Office of the Attorney General's Consent Motion for Enlargement of Time (Document 5) filed August 10, 2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date:  August 14, 2018

*Server's signature*

Elaine Stamp
Paralegal
ACLU Foundation of the District of Columbia
*Printed name and title*

ACLU Foundation of the District of Columbia
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: