AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-01684-ESH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Office of the Mayor of the District of Columbia was received by me on *(date)* July 19, 2018

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served the summons on Tonia Robinson, a registered agent of the defendant named above, on July 20, 2018, at approximately 11:45am.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: August 14, 2018

*Server's signature*

Elaine Stamp
Paralegal
ACLU Foundation of the District of Columbia
*Printed name and title*

ACLU Foundation of the District of Columbia
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: