AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-01684-ESH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Executive Office of the Mayor of the District of Columbia
was received by me on *(date)* July 19, 2018 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: I served an additional copy of this summons on the Office of the Attorney General pursuant to D.C. Super. Ct. R. Civ. P. 4(j)(E), which was accepted by Gayle Rivers, Staff Assistant, at approximately 2:20pm on July 25, 2018.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 14, 2018

*Server's signature*

Elaine Stamp
Paralegal
ACLU Foundation of the District of Columbia
*Printed name and title*

ACLU Foundation of the District of Columbia
915 15th St. NW, 2nd Floor
Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: