UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **M.B. COTTINGHAM,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**SEAN LOJACONO,**<br><br>　　　　　　Defendant. | Civil No. 1:18-cv-01684-ESH |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

　　Please enter the appearance of attorney Joseph A. Gonzalez, of Schertler & Onorato, LLP, as counsel for Defendant Sean Lojacono.

Date:  September 10, 2018

Respectfully submitted,

/s/ *Joseph A. Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
SCHERTLER & ONORATO, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C.  20001
Telephone:  202-628-4199
Facsimile:  202-628-4177

*Attorney for Defendant*