UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| M.B. COTTINGHAM, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:18-cv-01684 (ESH) |
| v. ) | |
| ) | |
| SEAN LOJACONO ) | |
| ) | |
| *Defendant.* ) | |

## NOTICE OF WITHDRAWAL APPEARANCE

The Clerk of the Court will please note the withdrawal of Assistant Attorney General Robert A. DeBerardinis, Jr. as counsel for Defendant Sean Lojacono.

Respectfully submitted,

KARL A. RACINE
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO [#1008971]
Chief, Civil Litigation Division, Section IV

 /s/ Robert A. DeBerardinis, Jr.
ROBERT A. DEBERARDINIS, Jr. [#335976]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 724-6642
 e-mail: robert.deberardinis@dc.gov