UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| M.B. COTTINGHAM,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>SEAN LOJACONO,<br><br>　　　　　　　　　Defendant. | No. 18-cv-1684-ESH |

## STIPULATION OF DISMISSAL

Pursuant to the parties' settlement agreement in this case, Plaintiff M.B. Cottingham and Defendant Sean Lojacono, through undersigned counsel, hereby stipulate to the dismissal of this case with prejudice under Rule 41(a)(1)(A)(ii), with each party bearing its own fees and costs.

February 12, 2019

Respectfully submitted,

*/s/ Arthur B. Spitzer*
Scott Michelman (D.C. Bar No. 1006945)
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union Foundation
　of the District of Columbia
915 15th Street NW, Second Floor
Washington, D.C. 20005
(202) 457-0800
smichelman@acludc.org

Counsel for Plaintiff

*/s/ Joseph Gonzalez*
Joseph A. Gonzalez (D.C. Bar No. 995057)
Schertler & Onorato, LLP
901 New York Avenue, N.W., Suite 500
Washington, D.C. 20001
(202) 628-4199
jgonzalez@schertlerlaw.com

Counsel for Defendant